**United States Bankruptcy Court**
**District of Massachusetts (Boston)**

**CHAPTER 13 PLAN COVER SHEET**

Filing Date: December 10, 2015        Docket No.: (new case)

Debtor: Mario Jaramillo

Soc. Sec. No.: xxx-xx-0611

Address: 37 Oakland Ave., Attleboro, MA 02703

Debtor's Counsel

Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631617

Attached to this cover sheet is the Chapter 13 Plan filed by the Debtor(s) in this case. This plan sets out the proposed treatment of the claims of creditors. The claims are set forth in the bankruptcy schedules filed by Debtor(s) with the Bankruptcy Court.

You will receive a separate notice from the Bankruptcy court of the scheduled Creditor's Meeting pursuant to 11 U.S.C. § 341. That notice will also establish the bar date for filing Proof of Claims.

Pursuant to the Massachusetts Local Bankruptcy Rules, you have until thirty (30) days after the section 341 Meeting or thirty (30) days after the service of an amended or modified plan to file an objection to confirmation of the Chapter 13 Plan, which objection must be served on the Debtor(s), Debtor's Counsel an the Chapter 13 Trustee.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CHAPTER 13 PLAN

**DEBTOR(S)**                                             **Docket Number New case**

Mario Jaramillo                                           SS# xxx-xx-0611

## I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of **$158.00** for the term of:

\_\_\_\_\_ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);
__X__ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(ii);
\_\_\_\_\_ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor(s) aver the following cause:

## II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Freedom Road Financial | Motorcycle loan arrears | $400.00 |
| Mansfield Cooperative | Mortgage arrears | $1,200.00 |

**Total of secured claims to be paid through the Plan:**           **$1,600.00**

B. Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Freedom Road Financial | Post petition motorcycle loan | $10,692.00 |
| Mansfield Cooperative | Post petition mortgage | $169,359.00 |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amount of Claim To Be Paid Through Plan |
|---|---|---|

D. Lease:

   i.)   The Debtor(s) intend(s) to reject the residential/personal property lease claims
         of: _____

ii.) The Debtor(s) intend(s) to assume the residential/personal property lease claims of: _____

iii.) The Arrears under the lease to be paid under the Plan are: $ _____

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| IRS | Income taxes | $3,500.00 |

Total of Priority Claims to be Paid Through Plan:  $3,500.00

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan):  $ 2,600.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

None

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of 1% of their claims.

A. General unsecured claims:  $ 68,000.00

B. Undersecured claims arising after lien avoidance / cram down:

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| AFS/MEFA | Student loan | $25,000.00 |

**Total of Unsecured Claims: (A+B+C):**  **$ 93,000.00**

D. Multiply total by percentage:                                           $ 930.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

Creditor                     Description of Claim              Amount of Claim

None

Total amount of separately classified claims payable at ___%              $ 0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: None

B. Miscellaneous Provisions: None

## VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A total):                                    $ 1,600.00

b. Priority claims (Section II-A & B total):                              $ 3,400.00

c. Administrative claims (Section III-A & B total):                       $ 2,600.00

d. Regular unsecured claims (Section IV-D total):                         $ 930.00

e. Separately classified unsecured claims:                                $ 0.00

f. Total of a + b + c + d + e above:                      =               $ 8,530.00

g. Divide (f) by .90 for a total including Trustee's Fee:

                                        Cost of Plan   =                  $ 9,477.78

(This represents to total amount to be paid into the Chapter 13 Plan).

h. Divide (g), Cost of Plan, by the Term of Plan, 60 months               $157.96

i. **Round up to nearest dollar for Monthly Plan Payment:**               **$158.00**
   (Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 37 Oakland Avenue | 231,000.00 | $169,359.00 |

Less Total Exemptions (Schedule C):  $61,641.00

**Available Chapter 7:**  $ 0.00

B. Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| 2005 Dodge Ram | $5,800.00 | 0.00 | $5,800.00 |
| 2013 Ducati motorcycle | $12,500.00 | $10,692.00 | $1.00 |

Total Net Equity:  $5,800.00

Less Total Exemptions (Schedule C):  $5,801.00

**Available Chapter 7:**  $ 0.00

C. All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

Total Net Value:  $ 14,680.00

Less Exemptions (Schedule C):  $ 14,680.00

**Available Chapter 7:**  $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed Exemptions: $0.00

E. Additional Comments regarding Liquidation Analysis: None

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/Robert Simonian, Esq.                                    Dated: December 8 2015
Robert S. Simonian, Esq.
155 North Main Street
Fall River, MA 02720
508-678-4000
B.B.O. Number 631817


I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Mario Jaramillo                                         Dated: December 8 2015
Mario Jaramillo

## CERTIFICATE OF SERVICE

I, Robert S. Simonian, Esq., Attorney for the Debtor(s), hereby certify, under the pains and penalties of perjury, that I did serve a copy of the foregoing Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid and / or via the Bankruptcy Court's Electronic Filing System.

**By Electronic Service:**     Trustee Bankowski
United States Bankruptcy Trustee

**By First Class Mail:**

See attached service list.

Dated: 12-10-15

/s/ Robert S. Simonian, Esq.
Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 N. Main Street
Fall River, MA 02720
508-678-4000
B.B.O. No.: 631817

Advanced Radiology
525 Broad Street, Suite 202
Cumberland, RI 02864-6919

AFS/MEFA
501 Bleeker Street
Utica, NY 13501

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One - Bankruptcy
6125 Lakeview Rd., # 800
Charlotte, NC 28269

Chase
PO Box 15657
Wilmington, DE 19886

Chase
PO Box 15298
Wilmington, DE 19850

Comenity Bank
4590 E. Broad St.
Columbus, OH 43213

Department of Treasury
Internal Revenue Service
Andover, MA 05501

Freedom Road Financial
PO Box 4597
Hinsdale, IL 60522

Freedom Road Financial
10605 Double R. Blvd., Suite 100
Reno, NV 89521

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Groups - Stop 20800
15 New Sudbury St.
PO Box 9112
Boston, MA 02203

Lowe's Synchrony Bank
PO Box 530914
Atlanta, GA 30353

Macy's
PO Box 790039
Saint Louis, MO 63179

Macy's Bankruptcy Dept.
PO Box 8053
Mason, OH 45040

Macys
PO Box 78008
Phoenix, AZ 85062-8008

Mansfield Cooperative
80 North Main Street
Mansfield, MA 02048

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Plexus Anesthesia Services, MA
690 Canton Street, Suite 325
Westwood, MA 02090

Plexus Anesthesia SVS MA
PO Box 418576
Boston, MA 02241

Quest Diagnostic
PO Box 4949
Southeastern, PA 19398

Quest Diagnostics
PO Box 740172
Cincinnati, OH 45274-0172

Sturdy Memorial Hospital
PO BOX 2963
211 Park Street
Attleboro, MA 02703

SYNCB/Discount Tire Direct
PO Box 965036
Orlando, FL 32896-5036

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Synchrony Bank/Lowes
PO Box 36955
Canton, OH 44735-6955

Synchrony Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896

TD Bank
PO Box 219
Lewiston, ME 04243-7765

TD Bank
PO Box 84037
Columbus, GA 31908-4037

TD Bank North
PO Box 16027
Lewiston, ME 04243

Victoria's Secret
PO BOX 659728
San Antonio, TX 78265

Victoria's Secret
PO Box 182789
Columbus, OH 43218

Zales Outlet Credit Plan
PO Box 790394
Saint Louis, MO 63179